

November 20, 2018

VIA CM/ECF

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      **RE:** *Fresh Air for the Eastside, Inc., et al., v. Waste Management of New York*
           **Civil Action No. 6:18-cv-06588**

Dear Justice Wolford:

    We are the attorneys for Plaintiffs in the above-mentioned matter. Defendant Waste Management of New York, L.L.C. ("WM") filed a Motion to Dismiss on November 16, 2018 (Docket Nos. 9-11), and the Court has entered a text Scheduling Order for further briefing of that Motion (Docket No. 12).

    The parties have conferred and wish to adjust the schedule for further briefing on the Motion in light of other scheduling commitments, conflicts, and the upcoming Holidays, and propose the following revised schedule on consent, subject to the Court's approval:

- Plaintiffs will file their response to the Motion on or before December 21, 2018.
- WM will file its reply on or before January 11, 2019.

    If the Court has any questions please do not hesitate to contact me. Thank you for your courtesies.

                                      Respectfully submitted,

                                      **KNAUF SHAW LLP**

                                    LINDA R. SHAW

Cc: All Counsel via CM/ECF

Dated: _____                                **SO ORDERED**

                                                _____
                                                Hon. Elizabeth A. Woldford